# DEFENDANT STATUS SHEET
(One for each defendant)

## I.  CASE STATUS

Name of Defendant: Raoul V. Normandia, Jr.

Has defendant had initial appearance in this case?  ☑ Yes    ☐ No

MJ  20-213              CR

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.  ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

  Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

  Defense Attorney's Name and address: Bob Goldsmith

The estimated trial time is  4-5  days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I. CASE STATUS

Name of Defendant: Chase Friedrich

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ 20-193           CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

   Defense Attorney's Name and address: Jennifer Wellman (FPD)

The estimated trial time is  4-5  days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I. CASE STATUS

Name of Defendant: Ivan Armenta

Has defendant had initial appearance in this case?  ☐ Yes  ☑ No

    MJ                      CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address:

The estimated trial time is  4-5  days.

(Revised March 2018)