|  | The Honorable Robert S. Lasnik |
|---|---|

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-110 RSL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| IVAN ARMENTA, | |
| Defendant. | |

THE COURT has considered the stipulated motion to proceed with guilty plea by video hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the parties' motion, and that a guilty plea by video hearing may take place as soon as practical, because further delays in this case would cause serious harm to the interests of justice," *see* General Order No. 04-20, for the reasons set forth in the parties' stipulation.

THE COURT ORDERS that the parties may proceed with a plea hearing by video conference, consistent with current procedures established by this Court, and directs the

//

*United States v. Armenta*, CR20-110 RSL
Order Authorizing Plea by Video - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

parties to consult with one another and the Court to schedule such a hearing at a mutually acceptable date and time.

DATED this  4th  day of  May , 2021.

*signature*
ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Nicholas Marchi*
NICHOLAS MARCHI
Attorney for Ivan Armenta


*/s/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney

*United States v. Armenta*, CR20-110 RSL
Order Authorizing Plea by Video - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970